UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-20298-Civ-COOKE/O'SULLIVAN

5AIF MAPLE 2 LLC,
    Plaintiff,

v.

5725 LAGORCE PARTNERS LLC, et al.,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the plaintiff's Motion for Attorney's Fees (DE # 21, 6/7/21). Rule 7.1 (c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the plaintiff's Motion for Attorney's Fees (DE # 21, 6/7/21) on or before July 22, 2021. The failure to file a response may result in an recommendation that the plaintiff's Motion for Attorney's Fees (DE # 21, 6/7/21) be granted in its entirety.

DONE AND ORDERED in Chambers, at Miami, Florida, this 8th day of July, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE